**Opinion issued March 30, 2023**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-23-00095-CV
_____

## IN RE FRANK C. POWELL, Relator

---

**Original Proceeding on Petition for Writ of Mandamus, Petition for Writ of Injunction, and Petition for Writ of Prohibition**

---

## MEMORANDUM OPINION

Relator Frank C. Powell has filed a petition for writ of mandamus, petition for writ of injunction, and petition for writ of prohibition, asking that we grant mandamus relief and direct the respondent to vacate and set aside the December 28, 2022 judgment of disbarment on the ground that it is void for lack of subject-matter jurisdiction and that the respondent lacked authority to render the judgment. Relator claims entitlement to injunctive and prohibition relief to protect our jurisdiction and

to preserve the subject matter of an appeal.[1]  Relator also filed a motion for emergency relief, asking that we stay the December 28, 2022 judgment of disbarment pending our disposition of the petitions.

After reviewing the petition for writ of mandamus, writ of injunction, and writ of prohibition and the response filed by the Chief Disciplinary Counsel, this Court concludes that relator has not established his entitlement to relief.

We deny the petitions.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying case is *Commission for Lawyer Discipline v. Frank C. Powell*, cause number 2021-056827, pending in the 270th District Court of Harris County, Texas, the Honorable Terri Holder sitting by assignment.